John E. Lavelle Law Firm P.C.
by: John E. Lavelle, Esq.
PA Bar I.D.: 315154
630 Willis Avenue
Williston Park, New York 11596
Phone: (516) 875-3000
Fax: (877) 471-1798
John.Lavelle@LavelleInjuryFirm.com            Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

ALEXIS MOUTINHO,

        Plaintiff,

v.

ROBERT L. BLAKE and
JODI A. BRINK

        Defendants.

**Civil Action No.:** 3:23-cv-47

**COMPLAINT**

Plaintiff, ALEXIS MOUTINHO, by and through her attorney, John E. Lavelle, Esq. of John E. Lavelle Law Firm P.C., hereby files this complaint against defendants, ROBERT L. BLAKE and JODI A. BRINK, and alleges as follows:

### **PARTIES JURISDICTION AND VENUE**

1. Plaintiff, ALEXIS MOUTINHO, presently is a citizen and a resident of the County of Los Angeles and State of California.

2. At all times material herein, plaintiff is competent to bring suit in her individual capacity.

3. At all times herein relevant, defendant, ROBERT L. BLAKE in an individual who resides at 136 Dutchtown Road, Punxsutawney, PA. Said residence is in Jefferson County, PA.

4. At all times herein relevant, defendant, JODI A. BRINK in an individual who resides at 136 Dutchtown Road, Punxsutawney, PA. Said residence is in Jefferson County, PA.

5. The basis of jurisdiction is diversity of citizenship of the parties and the amount in controversy exceeds the jurisdictional limit of Seventy-Five Thousand ($75,000.00) Dollars.

6. This court has subject matter jurisdiction over this matter.

7. Venue is proper and appropriate in United States District Court Western District of Pennsylvania because the incident occurred in Clearfield County, PA.

8. Clearfield County lies within the jurisdictional territory of the United States District Court for the Western District of Pennsylvania.

## FIRST CAUSE OF ACTION

9. Plaintiff repeats and re-alleges all prior allegations as if they are set forth here at length.

10. On or about March 18, 2021, defendant JODI A. BRINK was the owner of a certain 2002 Chevy Impala bearing PA license plate no. KRT7009.

11. On or about March 18, 2021, defendant JODI A. BRINK was the

lessee of a certain 2002 Chevy Impala bearing PA license plate no. KRT7009 (the "Chevy").

12. On March 18, 2021, at approximately 9:39 pm, defendant ROBERT L. BLAKE operated said Chevy with the permission of its owner.

13. On March 18, 2021, at approximately 9:39 pm, defendant ROBERT L. BLAKE operated said Chevy with the knowledge of its owner.

14. On March 18, 2021, at approximately 9:39 pm, defendant ROBERT L. BLAKE operated said Chevy with the consent of its owner.

15. On March 18, 2021, at approximately 9:39 pm, defendant ROBERT L. BLAKE operated said Chevy on Interstate 80 in Clearfield County, PA.

16. On March 18, 2021, at approximately 9:39 pm, defendant ROBERT L. BLAKE operated said Chevy on Interstate 80 in Clearfield County, PA while impaired and/or under the influence of alcohol.

17. On March 18, 2021, at approximately 9:39 pm, plaintiff ALEXIS MOUTINHO was a passenger in a 2013 Honda Civic bearing PA plate number KST3315 owned and operated by Joseph L. Whitman (the "Honda").

18. On March 18, 2021, at approximately 9:39 pm, the Honda occupied by plaintiff ALEXIS MOUTINHO was traveling in a westbound direction on Interstate 80 in Clearfield County, PA.

19. On March 18, 2021, at approximately 9:39 pm, the Chevy was on the right shoulder of westbound Interstate 80 in Clearfield County, PA and then suddenly

without warning attempted to make a U-turn to change directions to eastbound on Interstate 80.

20. In the area where the crash occurred the eastbound and westbound lanes are separated by a grassy area and a hill.

21. The sudden and reckless U-turn took Defendants' vehicle directly into the path of the Honda occupied by plaintiff ALEXIS MOUTINHO.

22. On March 18, 2021, at approximately 9:39 pm, the attempted U-turn by defendant ROBERT L. BLAKE caused a crash with the Honda occupied by plaintiff ALEXIS MOUTINHO.

23. On March 18, 2021, defendant ROBERT L. BLAKE admitted to the responding State Troopers that he was drunk.

24. Defendant ROBERT L. BLAKE'S actions were negligent, careless, and reckless.

25. Defendant ROBERT L. BLAKE'S negligent, careless, and reckless actions caused the crash described herein.

26. Defendant ROBERT L. BLAKE'S negligent, careless, and reckless actions caused the injuries described herein.

27. As a result of the crash described herein, plaintiff suffered serious and permanent injuries including, but not limited to, a concussion, loss of consciousness, headaches, closed head injury, PTSD, jaw pain, neurological injuries, orthopedic injuries, injuries to her back and neck (including bulging and herniated discs), right shoulder (including a recommendation for surgery), left knee, necessity for physical therapy and

rehabilitation, range of motion restrictions, severe emotional and mental anguish, shock, discomfort and anxiety, restrictions of daily activities, ongoing pain and suffering and economic losses.

28.  All of the above occurred resulted from the carelessness, negligence, and/or recklessness of Defendants without any negligence attributable in any measure to plaintiff ALEXIS MOUTINHO.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiff demands a trial by jury in this action of all issues so triable.

DATED:   Williston Park, New York
         March 14, 2023

JOHN E. LAVELLE LAW FIRM P.C.

By: _____
John Lavelle, Esq.
Attorneys for Plaintiff
630 Willis Avenue
Williston Park, New York
Phone: (516) 875-3000
Fax: (877) 471-1798
John.Lavelle@LavelleInjuryFirm.com